# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5244** **September Term, 2026**

**1:26-gj-00022-JEB**

**Filed On: October 27, 2026** **[2200552]**

In re: Sealed Case,

**BEFORE:** Pillard, Wilkins, and Childs, Circuit Judges

**O R D E R**

Upon consideration of the unopposed motion of amici curiae to unseal its brief; the motion for leave to file an *ex parte* supplement appendix, and the lodged *ex parte* supplemental appendix; the motion to strike the *ex parte* brief, to remove redactions from the redacted brief; and for an extension of time to file a reply brief, the opposition thereto, and the reply; and the motion for leave to file an *ex parte* brief, and the lodged *ex parte* brief, it is

**ORDERED** that the unopposed motion to unseal the brief amici curiae be granted. The Clerk is directed to note the docket accordingly. It is

**FURTHER ORDERED** that the motion for leave to file an *ex parte* supplemental appendix be granted. The Clerk is directed to file the lodged *ex parte* supplemental appendix. It is

**FURTHER ORDERED** that the motion to strike the *ex parte* brief, to remove redactions from the redacted brief, and the motion to extend time to file a reply brief be denied. It is

**FURTHER ORDERED** that the motion for leave to file an *ex parte* brief be granted. The Clerk is directed to file the lodged *ex parte* brief.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk